## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| IN RE:  Marilyn Orr ) | |
| ) | **Case No:**     08-33130 |
| ) | **Judge:**         Goldgar |
| ) | **Chapter**       13 |
| Debtor(s) ) | |

### NOTICE OF MOTION

**By US Mail**
TO:   US Trustee 219 S. Dearborn Rm. 873, Chicago, IL 60604
Trustee Marilyn Marshall, 224 S. Michigan Ave. Ste. 800, Chicago, IL 60604
Marilyn Orr, 4324 S. Maple, Berwyn, IL 60402
James C. Brand, Leonard, Street and Deinard, 150 S. 5th St., Ste. 2300,
Minneapolis, MN 55402 (Attorney for Chase)
See Attached Service List

PLEASE TAKE NOTICE that on October 27, 2009, at 9:30 a.m. or as soon thereafter as I may be heard, I shall appear before the Honorable Judge A. Benjamin Goldgar or any other Bankruptcy Judge presiding in his place in Courtroom 613, 219 S. Dearborn, Chicago, Illinois on the attached Motion to Modify Debtor's Chapter 13 Plan Post Confirmation Pursuant to 11 U.S.C. § 1329, and shall request that the attached Order be entered, at which time you may appear if so desired.

### PROOF OF SERVICE

The undersigned does hereby certify that a copy of this Notice, Motion and proposed Order was mailed to the above persons, at their respective addresses, postage prepaid, by depositing in the U.S. Mail at 20 E. Jackson Blvd, Chicago, Illinois 60604, before 6:00 p.m. to the above persons on or before October 5, 2009 .


   _/s/ Anna Stanley_____
Anna Stanley ARDC# 6287467
LEEDERS & ASSOCIATES, LTD
Attorneys at Law
20 E. Jackson Blvd. Suite 850
Chicago, IL 60604
(312) 427-7400

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 08-33130<br>Northern District of Illinois<br>Chicago<br>Wed Dec 10 14:36:49 CST 2008 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | AECO Credit Union<br>3001 N Rockwell St<br>Chicago, IL 60618-7917 |
| AT&T<br>PO Box 8100<br>Aurora, IL 60507-8100 | CB Accounts<br>1101 Main Street<br>Suite 2<br>Peoria, IL 61606-1928 | Capital 1 Bank<br>Attn: C/O TSYS Debt Management<br>Po Box 5155<br>Norcross, GA 30091-5155 |
| Chase Manhatten Mortgage Corp.<br>P.O. Box 7892<br>Phoenix, AZ 85062 | Citifinancial<br>Po Box 499<br>Hanover, MD 21076-0499 | Countrywide<br>c/o Recontrust Co<br>1757 Tapo Canyon Rd. SVW-88<br>Simi Valley, CA 93063-3391 |
| Daniel Fuentes<br>4324 S. Maple Ave<br>Stickney, IL 60402-4243 | Datasearch Inc<br>Po Box 461289<br>San Antonio, TX 78246-1289 | Dependon Collection Se<br>Attn: Bankruptcy<br>Po Box 4833<br>Oak Brook, IL 60522-4833 |
| Freedman, Anselmo, & Lindberg<br>1807 W. Diehl Rd. #200<br>PO Box 3228<br>Naperville, IL 60566-3228 | HSBC Nv/GM Card<br>Attn: Bankruptcy<br>Po Box 5213<br>Carol Stream, IL 60197-5213 | Hfc - Usa/Beneficial<br>Attn: Bankruptcy<br>961 Weigel Dr<br>Elmhurst, IL 60126-1058 |
| Home Depot<br>Processing Center<br>Des Moines, IA 50364-0001 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | (p)ILLINOIS DEPARTMENT OF REVENUE<br>P O BOX 64338<br>CHICAGO IL 60664-0338 |
| Kathleen Fuentes<br>4324 S. Maple Ave.<br>Stickney, IL 60402-4243 | LVNV Funding<br>P.O. Box 10584<br>Greenville, SC 29603-0584 | Lakeview<br>c/o Old west Realty<br>4855 W Desert Inn Rd<br>Las Vegas, NV 89102-9131 |
| Linebarger Goggan Blair & Sampson,<br>P.O Box 06152<br>Chicago, IL 60606-0152 | MN Anesthesia<br>5983 Paysphere Circle<br>Chicago, IL 60674-0059 | MacNeal Hospital<br>2384 Payshere Circle<br>Chicago, IL 60674-0023 |
| Margaret Orr<br>4324 S Maple,<br>Berwyn, IL 60402-4243 | Mortgage Electronic Registration Sy<br>PO Box 2026<br>Flint, MI 48501-2026 | NCO<br>PO Box 15456<br>Wilmington, DE 19850-5456 |
| National Action Financial Services<br>165 Lawrence Bell Drive, Ste. 100<br>P.O. Box 9027<br>Buffalo, NY 14231-9027 | Nicor Gas<br>Attention:  Bankruptcy Department<br>1844 Ferry Road<br>Naperville, IL 60563-9662 | Payday Loan Store -Lyons<br>3908  Harlem Ave<br>Lyons, IL 60534-1208 |

| | | |
|---|---|---|
| Pinnacle Credit Services<br>7900 Highway 7 Ste. 100<br>Minneapolis, MN 55426-4049 | Redline Recovery<br>1145 Sanctuary Pkwy<br>Suite 350<br>Alpharetta, GA 30009-4756 | Ronald S Weiss MD<br>7120 W Cermak Rd.<br>Berwyn, IL 60402-2153 |
| Transworld Systems Inc<br>25 Northwest Pt Blvd #750<br>Elk Grove Village, IL 60007-1058 | West Asset Management<br>PO Box 2348<br>Sherman, TX 75091-2348 | Marilyn A Orr<br>4324 S Maple<br>Stickney, IL 60402-4243 |
| Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 | Terrance S Leeders<br>Leeders & Associates, Ltd<br>20 E Jackson Blvd<br>Suite 850<br>Chicago, IL 60604-2293 | William T Neary<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-1702 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| IRS - 13 N. Dist of IL<br>Victor Skadauski<br>230 S. Dearborn<br>Chicago, IL 60604 | Illinois Department of Revenue<br>Bankruptcy Section Level 7-425<br>100 W. Randolph Street<br>Chicago, IL 60606 | End of Label Matrix<br>Mailable recipients    38<br>Bypassed recipients     0<br>Total                  38 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| IN RE:  Marilyn Orr        ) | |
| ) | **Case No:**    08-33130 |
| ) | **Judge:**        Goldgar |
| ) | **Chapter**      13 |
| Debtor(s)               ) | |

**MOTION TO MODIFY DEBTOR'S CHAPTER 13 PLAN POST**
**CONFIRMATION PURSUANT TO 11 U.S.C. § 1329**

Now comes the Debtor, Marilyn Orr (hereinafter referred to as "DEBTOR,") by and through her attorneys, Leeders & Associates, Ltd., and moves this Honorable Court for entry of an Order Modifying the Debtor's Chapter 13 Plan Post Confirmation and Deferring the Default.  In support thereof, Debtor respectfully represents as follows:

1. On December 4, 2008 Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.  Case number 08-33130 was assigned to Debtor's Chapter 13.

2. This Honorable Court confirmed Debtor's Chapter 13 plan on February 17, 2009.  The confirmed plan provided for monthly payments of $528.00 for thirty-six (36) months and payments of $1,050.00 for twenty-four (24) months, which would pay unsecured creditors 10% of their timely filed or allowed claims.

3. According to Trustee Marilyn Marshall's website, Debtor has a default of $518.

4. Debtor has had a significant change of circumstances since the confirmation of her case.  On August 7, 2009, Debtor filed a Motion for Violation of Confirmation Order and Automatic Stay citing Chase Manhattan Mortgage Corporation (hereafter "Chase") for violation.  An Agreed Order Resolving Debtor's Motion was

entered on September 15, 2009. One condition of the Agreed Order was that two (2) post-petition mortgage payments would be added to the arrears in Paragraph E5 of Debtor's Chapter 13 Plan, thus bringing Debtor current on post-petition mortgage payments. The sum of the 2 post-petition mortgage payments is $4,070. Thus, the total arrears for Paragraph E5 are $10,168.40 less payments of $494.22 that the trustee has dispersed to Chase.

5. According to the trustee's website and the proofs of claim filed, Debtor owes approximately $10,798.36, total, to creditor, AECO FCU, for a car lien and a cross-collateralized loan. That balance is being re-paid with set payments of $204.64 and $47.52, respectively.

6. Debtor has paid attorneys' fees in full.

7. Debtor owes priority debts of $13,010.02 to the IRS and $1,647.43 to the Illinois Department of Revenue. Debtor has not yet begun to pay priority claims.

8. Debtor's general unsecured creditors (GUCs) filed proofs of claims amounting to $17,371.49, total. Ten percent of those claims is $1,737.15. Debtor has not yet begun to pay GUC's claims.

8. Section 1329 provides that modifications are allowed at any time after confirmation to increase or reduce the amount of payments on claims of a particular class. 11 U.S.C. § 1329(a)(1).

9. Debtor proposes a modified plan payment of $600.00 per month for 26 months and $1,122 per month for 24 months after Debtor's 401(k) loan pays off. Debtor proposes to modify Paragraph E5 to increase the amount of arrears paid to Chase by $4,070. Debtor's secured creditors will continue to receive the fixed payments scheduled

in Paragraph E3. October is the tenth month of Debtor's Chapter 13 plan. The modified plan will, thus, still complete within the required 60 months.

WHEREFORE, DEBTOR prays that this Honorable Court enter an order:

1. Modifying the Chapter 13 Plan post-confirmation, pursuant to 11 U.S.C. §1329, and creating a plan in which the Debtor will pay $600.00 per month for 26 months and $1,122 per month for 24 months;
2. Modifying the Chapter 13 Plan to increase the amount to be paid to Chase in Paragraph E5 by $4,070.

Respectfully submitted,

____/s/ Anna Stanley_____

Anna Stanley ARDC #6287467
LEEDERS & ASSOCIATES, LTD
Attorneys at Law
20 E. Jackson Blvd. Suite 850
Chicago, IL 60604
(312) 427-7400